IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00230-WYD-KLM

CHARLES BUSH,
BRAD GRIMSLEY,
MARK L. HANSON, and
JOHN F. NOBLE, all individuals residing in Colorado,

    Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

    Defendant.

---

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for the Entry of a Protective Order** [Docket No. 16; Filed May 31, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#16-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: May 31, 2012