IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00230-WYD-KLM

CHARLES BUSH,
BRAD GRIMSLEY,
MARK L. HANSON, and
JOHN F. NOBLE, all individuals residing in Colorado,

　　　　Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

　　　　Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on the parties' **Joint Motion for Amendment of Scheduling Order Regarding Expert Witness Disclosures** [Docket No. 24; Filed August 29, 2012] (the "Motion").

　　　　IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. The Scheduling Order entered on May 9, 2012 [#15] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline　　　　**October 2, 2012**
- Rebuttal Expert Disclosure Deadline　　　　**November 5, 2012**

　　　　Dated: August 30, 2012