IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00230-WYD-KLM

CHARLES BUSH,
BRAD GRIMSLEY,
MARK L. HANSON, and
JOHN F. NOBLE, all individuals residing in Colorado,

      Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Second Amendment of Scheduling Order Regarding Expert Witness Disclosures** [Docket No. 27; Filed September 18, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. The Scheduling Order entered on May 9, 2012 [#15], as amended on August 30, 2012, is further modified to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **October 12, 2012** |
| • Rebuttal Expert Disclosure Deadline | **November 8, 2012** |

Dated:  September 18, 2012