IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00230-WYD-KLM

CHARLES BUSH,
BRAD GRIMSLEY,
MARK L. HANSON, and
JOHN F. NOBLE, all individuals residing in Colorado,

    Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend the Scheduling Order** [Docket No. 30; Filed October 4, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Scheduling Order entered on May 9, 2012 [#15], as amended on August 30, 2012 [#26] and on September 18, 2012 [#29], is further modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **November 12, 2012**
- Deadline to Serve Written Discovery — **November 16, 2012**
- Rebuttal Expert Disclosure Deadline — **December 7, 2012**
- Discovery Deadline — **January 4, 2013**
- Dispositive Motions Deadline — **February 8, 2013**

    Dated: October 5, 2012