IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00230-WYD-KLM

CHARLES BUSH;
BRAD GRIMSLEY;
MARK L. HANSON; and
JOHN F. NOBLE, all individuals residing in Colorado,

     Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

     Defendant.

## ORDER

     THIS MATTER is before the Court on the parties' Stipulation for Dismissal of Plaintiff's Second and Third Claims for Relief filed November 9, 2012.  The parties stipulate therein to the dismissal of the Second Claim for Relief (Age Discrimination under the ADEA (Pattern or Practice)) and the Third Claim for Relief (Age Discrimination under the ADEA (Disparate Impact)) as to all Plaintiffs.  The Court, having carefully considered the Stipulation and file,

     ORDERS that the Stipulation for Dismissal of Plaintiff's Second and Third Claims for Relief (ECF No. 36) is **APPROVED**.  In accordance therewith, it is

     ORDERED that Plaintiffs' Second and Third Claims for Relief (Age Discrimination under the ADEA (Pattern or Practice) and Age Discrimination under the ADEA

(Disparate Impact)) are **DISMISSED WITH PREJUDICE**, with each party to pay his or its own costs and attorney fees with respect to the dismissed claims.

Dated:  November 15, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge