IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00230-WYD-KLM

CHARLES BUSH,
BRAD GRIMSLEY,
MARK L. HANSON, and
JOHN F. NOBLE, all individuals residing in Colorado,

   Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Opposed Motion for Leave to File Surreply to Plaintiff's Reply Brief in Support of Oral Motion for Sanctions re Spoliation** [Docket No. 78; Filed April 1, 2013] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#78] is **GRANTED**. Defendant shall file a Surreply to Plaintiff's Reply Brief in Support of Oral Motion for Sanctions re Spoliation **on or before April 8, 2013**.

   Dated: April 2, 2013