IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00230-WYD-KLM

CHARLES BUSH,
BRAD GRIMSLEY,
MARK L. HANSON, and
JOHN F. NOBLE, all individuals residing in Colorado,

Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Unopposed Motion to Withdraw as Attorney for Plaintiffs** [Docket No. 82; Filed April 8, 2013] (the "Motion"), filed by Attorney Richard P. Barkley ("Barkley").

IT IS HEREBY **ORDERED** that the Motion [#82] is **GRANTED**. Attorney Barkley is relieved of any further representation of Plaintiffs in this case. The Clerk of the Court is instructed to terminate Attorney Barkley as counsel of record, and to remove his name from the electronic certificate of mailing. Plaintiffs shall continue to be represented by Attorney Ann E. Christoff.[1]

Dated: April 9, 2013

---

[1] Plaintiffs mention that they shall also continue to be represented by Attorney Meghan W. Martinez. However, the electronic docket does not yet reflect that she has entered an appearance in this matter.