EXHIBIT 1

# Driver Manual: Lesson 4 – Driver Review and Disqualification

- Overview
- Safety Review
- Driver Expectations
    - Safety Compliance, Awareness and Defensive Driving
    - Valid Commercial Driver's License
    - Medical Examination
    - Appropriate Rest
- Traffic Violations/Offenses
    - Traffic Violations/Revocations Reporting Requirements
    - Multiple Offenses
    - Single Offense
    - Non-Moving Violations
    - Hours of Service Violations
- Accidents and Incidents
    - Definition of Accident
    - Judging Whether an Accident is Preventable
    - Definition of Incident
    - Accident/Incident Reporting Requirements
    - Multiple Accidents
    - Single Accident
- Accident/Traffic Violation Combinations
- Alternate Assignments
- Re-qualification
    - Post-Accident Education / Corrective Action
- Accident Judgment Appeals
    - Appeal Process
- Unauthorized Passengers
- Injuries
- Inspections, Fines, and Citations
    - Handling Procedures for Roadside Inspections
    - Citations and Fines Against FedEx Freight
- TSA Threat Assessment Information Line

## OVERVIEW

The safety of the employee, the public, and the operation is paramount and every attempt must always be made to reduce the possibility of accident occurrence. Safety always takes precedence over expedience or short cuts. FedEx Freight and FedEx National LTL intend to comply with all safety laws and ordinances and requires all employees and contractors to do likewise.

FedEx Freight and FedEx National LTL endeavors to establish and maintain an environment free of accidents and injuries to the greatest extent possible. Accordingly, standards have been established for all CDL-qualified employees involving expectations, traffic violations/offenses, accidents, and incidents.

While the items identified in this policy are not all-inclusive, they do represent the basic guidelines for corrective action involving these areas. In addition, although some references may be made to multiple occurrences of an event, depending on the severity or circumstances of any single event, corrective action, up to and including termination, may be appropriate.

Confidential                                                                                    FXFI-Bush_0002936

EXHIBIT 1

## SAFETY REVIEW

Some events outlined in this policy and/or the Federal Motor Carrier Safety regulations provide for automatic disqualification. All other events outlined in this policy will initiate review by the Safety Review Committee. The FedEx Freight Safety Review Committee is made up of the following individuals: MD of Human Resources, Sr Manager Safety, Sr Manager Transportation, Sr Manager People Development, and Sr Manager Purchased Transportation. The FedEx National LTL Safety Review Committee is made up of five salaried employees within the Lakeland General Office. Members of the committee will represent Line Haul, Human Resources, Maintenance, and Safety.

A final decision regarding disqualification will be made within a maximum of 3 business days from the date of the last event, unless investigation circumstances or availability of reports dictate otherwise. Decisions are made by majority vote. Until the review is completed, the driver will remain off duty without pay. If the review requires a period longer than 3 business days from the date of the last event, the employee may be assigned to an available non-driving job position, if the employee is qualified. This assignment can only take place after the 3 business days have passed. The employee could remain in this non-driving position until the review is complete.

A driver can undergo a safety review no more than two times within 24 consecutive months. If the driver meets the criteria for a third safety review within 24 months, driver disqualification is automatic and not subject to further review.

If a driver is disqualified by the Safety Review Committee, an appeal of that decision may be made. An appeal must be made within 10 days of the driver's notification of disqualification. In order to appeal, the driver should write a letter to the Safety Department at the Harrison General Office for FXF or to the Safety Department at the Lakeland General Office for FXNL, Attention: Manager of Safety & Compliance, indicating why the driver believes the disqualification was not warranted. The Disqualification Appeal Committee for FXF Inc. will consist of the MD of Safety, the MD of Transportation, the MD of People Development, and two MDs of Operations from regions other than the employee's domicile. The Disqualification Appeal Committee for FXNL will consist of the: Sr VP Operations, VP Operations, VP Human Resources, and MD Safety. Decisions are made by majority vote.

**FedEx National LTL only**: The safety review process and the disqualification appeal process do not apply to contractors and/or their employees.

## DRIVER EXPECTATIONS

### Safety Compliance, Awareness and Defensive Driving

As a general rule, all drivers are expected to drive accident and violation-free. Drivers are expected to avoid motorist complaints by driving defensively and courteously at all times. They are expected to adhere to all laws, safety policies, procedures, and regulations. Failure to comply with such laws, policies, procedures, and regulations or observed reckless or aggressive behavior, such as tailgating, excessive speeding, or other acts that are aggressive, threatening, or dangerous, will result in corrective action, up to and including immediate removal from service and possible termination.

### Valid Commercial Driver's License

All drivers must possess and maintain a current, valid Commercial Driver's License (CDL) with applicable endorsements for doubles/triples and hazardous materials. The CDL cannot be limited in terms of when or where a driver can drive and must be usable at all times and for all driving purposes, on or off the job.

Confidential FXFI-Bush_0002937

Case 1:12-cv-00230-WYD-KLM   Document 97-1   Filed 05/24/13   USDC Colorado   Page 3 of 13
Driver Manual: Lesson 4 - Driver Review and Disqualification                    Page 3 of 13

EXHIBIT 1

It is the driver's responsibility to know when their CDL expires and to renew the CDL prior to expiration. Although FXF Inc. and FXNL will attempt to advise drivers of impending CDL expiration dates, it is the driver's ultimate responsibility. Drivers must renew and submit a legible copy of their CDL to their SCM at least 1 week prior to expiration.

> Note: Drivers with special endorsements to their CDL (e.g., HazMat) must apply for renewal at least 60 days prior to expiration in order to allow sufficient time for processing.

**FXNL Only**: Any driver that allows their CDL and/or endorsement(s) to expire will be *suspended for a minimum of 3 days*. After the 3-day suspension, the driver will be placed on Driver Disqualification Leave of Absence until such time as the CDL and/or endorsements are brought current. A driver that is suspended or placed on LOA for an expired CDL and/or endorsements is not eligible to work in a non-driving assignment. Approval to return to driving is contingent upon receipt and review of current documents in LGO Safety.

## Medical Examination

All drivers must possess and maintain a current, valid medical certification. It must meet the current DOT regulations regarding physical fitness for commercial drivers. As with CDL expiration dates, it is the driver's responsibility to know when their medical certification expires and to renew it prior to expiration. Although FXF Inc. and FXNL will attempt to advise drivers of impending physical expiration, it is the driver's ultimate responsibility. Drivers must renew and submit their *Medical Examination Report and a copy of their certification pocket card* to their SCM at least 1 week prior to expiration.

**FXNL Only**: Any driver that allows their DOT Medical Examiner's Certificate to expire will be *suspended for a minimum of 3 days*. After the 3-day suspension, the driver will be placed on Driver Disqualification Leave of Absence until such time as the Medical Examiner's Certificate is brought current. A driver that is suspended or placed on LOA for an expired Medical Examiner's Certificate is not eligible to work in a non-driving assignment. Approval to return to driving is contingent upon receipt and review of current documents in LGO Safety.

## Appropriate Rest

It is the responsibility of each driver to report for work well-rested and alert. A driver who becomes ill or fatigued while driving, should pull off the roadway at the nearest safe point and await assistance. Drivers are not to continue to drive when their ability is impaired.

## TRAFFIC VIOLATIONS/OFFENSES

This policy applies when a driver is cited by a law enforcement officer or the equivalent and convicted of a moving traffic violation, regardless of whether the offense occurred on or off duty. For purposes of this policy, a conviction would include a finding of guilt, guilty plea, acceptance of deferred adjudication, a failure to contest the facts, a plea of no contest or nolo contendre, or any similar plea or arrangement which allows the court to assess punishment, whether monetary (e.g., court costs) or otherwise. "Plea or arrangement" includes the dismissal of a charge where any penalty, including payment of costs, is assessed.

While drivers may succeed in having moving traffic violations reduced or changed as part of judicial due process, FXF Inc. and FXNL do not allow moving traffic violations to be reduced to non-moving violations. If a moving traffic violation is reduced to a non-moving violation, the original charge will be used when applying these criteria.

Confidential                                                                    FXFI-Bush_0002938

# EXHIBIT 1

**Note:** Upon being cited for a moving traffic violation, the employee will have 180 calendar days from the date of the citation(s) to dispose of the charge(s) in accordance with FXF Inc. & FXNL policy and the Federal Motor Carrier Safety Regulations (FMCSR).

Barring unavoidable circumstances, if after 180 calendar days the charge(s) have not been disposed of in accordance with FXF Inc. & FXNL policy and FMCSR, the charge(s) will be considered to be conviction(s) and the employee may no longer meet driver qualification criteria. Notwithstanding circumstances, if after 365 calendar days the employee is unable to dispose of the charges in accordance with FXF Inc. & FXNL policy and FMCSR, they will automatically be deemed convicted and may no longer meet driver qualification criteria. All court actions are considered final once the time for court appeal has expired.

For purposes of applying these criteria, the date the traffic violation occurred, not the date of conviction, will be used.

**Traffic Violations/Revocations Reporting Requirements**

Federal Motor Carrier Safety Regulations require all commercial drivers to report all traffic violations, revocations, or suspensions to their employer. Although the regulations require reporting of violations after being convicted, FedEx Freight & FedEx National LTL's policy requires that traffic violations be reported after the driver is initially cited. FXF Inc. & FXNL's specific policy regarding reporting of violations is as follows.

All drivers must strictly adhere to this policy:

- Drivers must report all traffic violations in writing, including safety belt violations, no later than the next business day after being cited for the violation. The tool for reporting is the Report of Violation, Revocation or Suspension form. A copy of the citation must be attached to the form at the time it is sent.

- Drivers must *Immediately* report any traffic violation arising from an accident while on duty. These violations must be reported by the driver as soon as the accident is reported.

- If a driver has not yet been charged for a traffic violation at the time the driver initially reports an accident, but is charged with a traffic violation after the accident is reported, the driver must report the traffic violation immediately after being made aware of the charge. In such situations, the driver must still execute a Report of Violation, Revocation or Suspension form no later than the next business day after being charged with the traffic violation.

- Drivers must report, in person or by telephone, any revocation or suspension of their license or required endorsements (hazardous materials and doubles/triples) immediately upon learning of the suspension or revocation. Drivers must also report if they are unable to renew an endorsement. Drivers cannot operate FedEx equipment while their license or endorsements are suspended, revoked, or expired, regardless of the reason for the suspension or revocation. In such situations, the driver must execute a Report of Violation, Revocation or Suspension form no later than the next business day after learning of the suspension or revocation.

- Drivers must report, in person or by telephone, any charge amounting to a felony involving a motor vehicle (whether the driver is cited for a traffic violation or not). The driver must execute a Report of Violation, Revocation or Suspension form no later than the next business day after being charged.

- The Report of Violation, Revocation or Suspension form can be furnished to the driver upon request

Confidential                                                                          FXFI-Bush_0002939

Case 1:12-cv-00230-WYD-KLM   Document 97-1   Filed 05/24/13   USDC Colorado   Page 5 of 13
Driver Manual: Lesson 4 - Driver Review and Disqualification                    Page 5 of 13

EXHIBIT 1

by service center personnel.

*Failure to report, as set forth above, will result in appropriate corrective action, up to and including termination.*

## Multiple Offenses

Disqualifying events include:

- Three or more moving traffic violations (including seat belt violations) within a 12-month period occurring while on duty or off duty.

- Five or more moving traffic violations (including seat belt violations) within a 3-year period occurring while on duty or off duty.

- Third occurrence of receiving a warning/suspension notice or citation for speeding through a toll plaza within a 12-month period while on duty.

- Two serious traffic violations within a 3-year period. "Serious traffic violation" is defined by FedEx as a conviction of any of the following offenses while operating either a commercial vehicle or a non-commercial vehicle whether on duty or off duty:

    o Excessive speeding, involving any single offense for any speed of 15 MPH or more above the posted speed limit

    o Reckless driving, as defined by state or local law or regulations, including but not limited to offenses of driving any motor vehicle in disregard for the safety of persons or property

    o Improper or erratic traffic lane changes

    o Following the vehicle ahead too closely

    o A violation, arising in connection with a fatal accident, of state or local law relating to motor traffic control

    o A railroad crossing violation, as defined under Single Offense.

    o Use of an electronic device for typing, sending, and/or reading text messages while driving

## Single Offense

Disqualifying events include:

- A conviction of Driving Under the Influence (DUI)/Driving While Intoxicated (DWI) or other alcohol or drug-related offense involving the consumption of either alcohol or drugs while operating any motor vehicle, as defined by state law. Conviction includes a finding of guilt, guilty plea, acceptance of deferred adjudication, a failure to contest the facts, a plea of no contest or nolo contendere, or any similar plea or arrangement which allows the court to assess punishment, whether monetary (e.g., court costs) or otherwise. "Plea or arrangement" includes the dismissal of a charge where any penalty, including payment of costs, is assessed.

Confidential                                                           FXFI-Bush_0002940

EXHIBIT 1

**Note**: Upon being charged for DUI/DWI or other alcohol or drug-related offense while operating any motor vehicle as defined by state law, the employee will be removed from driving responsibilities until the charge is favorably resolved in accordance with policy. The employee will be given 180 days to favorably resolve the charge and retain their driver seniority. If the charge is favorably resolved within 180 days, the employee will be placed back into a driving position as an opening becomes available. If not resolved by then, the employee will no longer meet driver qualification criteria.

- A refusal to be tested for alcohol or drugs by FedEx representatives or legitimate law enforcement personnel.

- Fleeing/leaving the scene of an accident.

- Knowingly operating a commercial vehicle while license is suspended or revoked.

- Suspension or revocation of license relating to any single traffic violation or combination of traffic violations, regardless of whether convicted of such violation(s). Administrative suspensions for such things as failure to renew insurance, failure to appear, emissions test failure, etc will be reviewed on an individual basis.

- Violation of an out-of-service order (continuing a trip prior to out-of-service defects being corrected. This violation will not be based on conviction. It need only be based on the fact that the violation did occur).

- Being declared out-of-service by an enforcement agency. This includes, but is not limited to, operating a CMV without corrective lenses or hearing aid, any hours of service or record of duty status violation, etc.

- Driving a commercial vehicle without the proper class of CDL and/or endorsements for the specific vehicle group being operated.

- Using any motor vehicle to commit a felony.

- Driving a commercial vehicle without a CDL in the driver's possession.

   Note: If the driver provides proof to the enforcement authority that issued the citation, by the date the driver must appear in court or pay any fine for such violation, that the driver held a valid CDL on the date the citation was issued, the driver will not be found guilty of the offense and will not face disqualification.

In addition to the above violations, single offenses for the following railroad crossing violations while operating a commercial motor vehicle are also disqualifying:

- Failing to have sufficient space to drive completely through the crossing without stopping.

- Failing to obey a traffic control device or the directions of an enforcement official at the crossing.

- Failing to negotiate a crossing because of insufficient undercarriage clearance.

- For drivers who are not required to always stop in accordance with 49 CFR 392, failing to slow down and check that the tracks are clear of an approaching train.

Confidential                                                                    FXFI-Bush_0002941

## EXHIBIT 1

- For drivers who are not required to always stop in accordance with 49 CFR 392, failing to stop before reaching the crossing if the tracks are not clear.

- For drivers who are always required to stop in accordance with 49 CFR 392, failing to stop before driving onto the crossing.

**Note:** Disqualification for one of the above rail crossing offenses will be for a minimum of 60 days from the date of conviction and will require education on safe rail crossing procedures prior to returning to duty. During the suspension, the driver may be eligible for alternate non-driving work, if available. If the driver is able to engage in non-driving work, their pay will be adjusted to the wage level of the job involved. After the applicable disqualification period is up and the driver has undergone required education, they can return to their former driving position at their previous seniority position.

### Non-Moving Violations

- Parking fines are taken care of by the service center involved.

- Equipment fines/citations, Hazardous Material fines/citations, and roadside inspection write-ups (clear or otherwise) are handled by Safety in Harrison for FXF or Safety in Lakeland for FXNL. Forward these type citations/write-ups to Safety immediately. All applicable attachments must be included with the *original* citation/write-up received by the driver. *No photocopies.*

- Overweight citations must be communicated to Central Dispatch when the driver is cited. Overweight citations cannot be photocopied; the original received by the driver must be forwarded to Transportation. All citations must be sent in immediately upon arrival at the next service center.

### Hours of Service Violations

Driver hours of service violations will be dealt with in accordance with FedEx Freight or FedEx National LTL's Corrective Action Process, whichever is applicable. However, willful falsification of records can result in immediate disqualification and/or termination.

### ACCIDENTS AND INCIDENTS

### Definition of Accident

Unless stated otherwise in this policy, an accident is defined as any event involving the operation of a commercial or company vehicle that results in death, injury, or property damage, regardless of severity. (**Note:** Trailer breakaways, equipment roll-a-ways, and pulling trailers away from dock before loading/unloading has ceased will be considered accidents, regardless of damage.) A driver shall be considered to be involved in an accident if:

- Any motor vehicle or motorized equipment which the employee is driving or operating, which the employee had been the last person to drive/operate, or of which the employee is in charge, shall come in contact with any person, animal, other vehicle, or other inanimate object in a manner which results in death, injury, or property damage.

- The driver is judged legally responsible for causing or contributing to an accident, even if the motor vehicle made no contact as defined in previous item.

Confidential                                                                    FXFI-Bush_0002942

EXHIBIT 1

## Judging Whether an Accident is Preventable

In an effort to prevent future accidents, the company has determined that as a remedial measure it is important to judge whether a past accident was preventable. It is the Company's goal that in instances where it has determined an accident is preventable, this can be used to prevent accidents in the future by educating our drivers, modifying their behavior, and by providing incentives, including through the safety award program, to remain accident free in the future. To further the goals of this remedial measure, the company has adopted the following definition and standard of care to be used in making the preventability decision.

**Definition of Preventable:**

The following definition will be used in determining whether an accident is "preventable." Accidents are preventable unless it is established that there was no action the driver could have reasonably taken to avoid the accident and the driver's actions in no way contributed to the occurrence of the accident. Even if the driver did not violate any traffic laws or regulations, an accident may still be considered preventable. In this regard, the driver's responsibility to avoid accidents goes beyond compliance with traffic laws. Situational awareness and proactive driving skills must be employed at all times, taking into account road, traffic, and weather conditions.

**Standard of Care:**

In deciding whether an accident is preventable, the company applies a higher standard of care than required under traditional negligence law. When determining whether the driver acted "reasonably," the standard of care used to make this determination is not that of ordinary care, but whether the driver exercised the highest degree of care of a professional truck driver. Accordingly, the standard is not of an ordinarily careful motorist, but a very careful professional truck driver. As a result, a jury could determine that the driver acted within the standard of an ordinarily careful motorist, but the company may still have judged this accident preventable, because we are applying the higher standard of comparing the driver's actions to the best professional truck drivers in the industry.

In addition, the following types of accidents will be presumed preventable, unless it is established the accident was non-preventable with clear and convincing evidence.

- Rear-end collisions
- Leaving the roadway
- Roll-overs

**Definition of Incident**

For purposes of this policy, the following events will be considered incidents and will not be counted as accidents nor subjected to judgment as preventable or non-preventable:

- An accident while the driver is legally parked and stationary.

- Animal hits that could not realistically be avoided by the driver.

- Road debris/hazards that could not realistically be avoided by the driver (non-DOT only).

- Lawn damage at pickup or delivery points (if the driver otherwise demonstrated good and reasonable judgment, given the particular circumstances).

Confidential                                                                                FXFI-Bush_0002943

EXHIBIT 1

- Events where *only* tree limbs are broken over a marked or visible travel path of a public roadway and no other damage exists to any other property.

- Incidents resulting in damage to FedEx equipment that:
    - Is confined to the mirror or mirror bracket of the unit being operated.
    - Results in no parts replacement or only minor repairs that may involve painting but no other body work, regardless of when or if the repairs are made.
    - Results only in broken or cracked light lenses.

Corrective action may still be appropriate for incidents.

**Accident/Incident Reporting Requirements (FedEx Freight Inc. Only)**

Refer to the Vehicle Accident Reporting – Driver Responsibilities policy.

**Multiple Accidents**

Disqualifying events include:

- Within a 3-year period, two preventable rear-end collisions and/or accidents resulting from evasive action to avoid a rear-end collision. The first offense will result in a 3-day suspension with critical written corrective action, along with re-education on how to avoid rear-end collisions.

    Note: A serious rear-end collision (serious injury or death) may result in disqualification after the first event.

- Within a 3-year period, two roll-a-way accidents resulting from the driver's failure to properly secure the unit. This also applies to hostling units which, whenever the driver is out of the vehicle, must also have the brakes set with the engine off in lowest gear or in park. First offense will result in a 3-day suspension with critical written corrective action, along with review of proper procedures for securing equipment.

- Within a 3-year period, two instances where a trailer is hooked and pulled from the dock while loading or unloading is still in progress. The first instance will result in a 3-day suspension with a critical written corrective action, along with review of proper procedures for ensuring that loading or unloading has ceased.

- Three preventable accidents within a 12-month period.

- Five preventable accidents within a 3-year period.

- Two preventable DOT-recordable accidents** within a 3-year period.

- Three preventable DOT-recordable accidents** within a 5-year period.

** The definition of a DOT-recordable accident is an occurrence involving a commercial motor vehicle which results in any of the following:

- A fatality

Confidential                                                                                                FXFI-Bush_0002944

- Bodily injury to a person who, as a result of the injury, immediately receives medical treatment away from the scene of the accident

- One or more motor vehicles incurring disabling damage as a result of the accident, requiring the motor vehicle to be transported away from the scene by a tow truck or other motor vehicle.

   **Note:** Very minor accidents will be reviewed on a case-by-case basis. In cases where very minor accidents make up all or part of the history, the driver may or may not face disqualification, but may be required to undergo additional remedial education.

**Single Accident**

Depending on the severity of any one preventable accident, corrective action, up to and including termination, may be appropriate. Violation history and motorist complaints and observed aggressive driving behavior may also be considered. Some examples include:

- A single, extremely serious preventable accident resulting in death, serious injury, or extensive property damage.
- Any accident resulting from a reckless disregard for safe operating policies and procedures.

   **Note:** Any time a single accident presents a possible termination situation, and before any termination action is taken, the accident itself, the seriousness of the accident, and circumstances surrounding the accident will be reviewed by the Safety Review Committee.

**ACCIDENT/TRAFFIC VIOLATION COMBINATIONS**

Disqualifying events include:

- Five total events within a 3-year period consisting of moving traffic violations (including seat belt violations), preventable accidents, or a combination thereof.

**ALTERNATE ASSIGNMENTS**

Drivers who are disqualified, but are in good standing as defined in the Transfers – Employee Requested – Field (FXF only) policy, may be placed in alternate positions which are available at the time of disqualification and for which the employee is qualified (such as dock). A disqualified employee is permitted to operate a forklift, but should not be allowed to operate any other company-owned motorized vehicles. Also, the driver would move to the bottom of the job class seniority roster in the new position.

Contact the Human Resources Department in Lakeland for transfers of FXNL disqualified drivers into alternate positions.

**RE-QUALIFICATION**

Any employee that has ever been disqualified from driving for FedEx Freight Inc. or FedEx National LTL may be considered for re-qualification after a minimum of 3 years from the date of the event that triggered the disqualification. Once a driver is disqualified from driving for FedEx Freight Inc. or FedEx National LTL, they cannot be re-qualified as a driver until they meet all driver minimum hiring requirements and other hiring criteria as outlined by relevant policy. In addition, the individual applying must complete the Driver Development Program successfully in its entirety before driver classification can be established.

Confidential                                                                                                    FXFI-Bush_0002945

# EXHIBIT 1

**Post-Accident Education / Corrective Action**

At the discretion of Safety, Operations, Transportation, and/or Human Resources and based on the severity or nature of the accident, re-education, and corrective action may be required after any accident. These measures are designed to be post-accident remedial measures implemented to prevent future accidents.

Post Accident Drug/Alcohol Test *(FXF Inc. only)*

## ACCIDENT JUDGMENT APPEALS

All drivers shall be provided the following means to appeal accident judgment decisions that affect them.

**Appeal Process**

**FXF Inc.:** A Regional Safety Manager will initially judge accidents preventable or non-preventable. A driver will be informed, in writing, of this ruling.

**FXNL:** A Corporate Safety Manager will initially judge accidents preventable or non-preventable. The Service Center Manager will be informed of the decision via email and must communicate the information to the driver.

If an accident decision is appealed, an Accident Review Committee consisting of at least three members of management will review the accident. The members of the committee will be independent of the Safety Department.

To have an initial decision reviewed, a driver must:

- Execute an Accident Appeal (Accident Decision Appeal) form within 10 business days of receiving notification of a *preventable* accident judgment.
- Have a supervisor at his or her home domicile sign and date the form; then, make a photocopy for the driver and forward the original to Safety at the General Office.

The Accident Appeal (Accident Decision Appeal) form will allow drivers to describe why they feel the accident was non-preventable. This statement, along with the accident report and related documents, will be used by the Accident Review Committee to make its judgment. It should be noted that the original accident report and related documents would be the primary tools used in determining the facts and circumstances of the accident. Drivers will be informed, in writing, of the committee's decision.

## UNAUTHORIZED PASSENGERS

Transporting unauthorized passengers in a commercial vehicle is against federal regulations and is a disqualifying offense.

## INJURIES

Personal safety is of the utmost importance. It is the responsibility of every employee to work in a safe and reasonable manner that protects and preserves the safety and well-being of other employees.

Unsafe acts or risk-laden behavior, whether resulting in injuries or not, will not be tolerated. Appropriate corrective action will be taken with any employee engaging in this type of behavior.

Confidential                                                                                              FXFI-Bush_0002946

EXHIBIT 1

# INSPECTIONS, FINES, AND CITATIONS

## Handling Procedures for Roadside Inspections

To ensure accurate corporate records are kept and maintained for roadside inspection history, original copies of all roadside inspections must be sent to Safety at the General Office as soon as possible.

The service center may keep copies of the inspections if they wish. If the inspection has an associated citation and/or fine, Safety will handle the payment when the documents are received.

> **Note:** Service centers are not to return the inspections to the state, nor are they to attempt to pay the fine.

## Citations and Fines Against FedEx

All citations against FXF Inc. must be sent immediately to Safety at the General Office in Harrison (delivery code 2260) for handling. If the citation is not clear on what the violation was, the center should attach a short explanation to clarify.

All citations against FXNL must be sent immediately to Safety at the General Office in Lakeland for handling. If the citation is not clear on what the violation was, the center should attach a short explanation to clarify.

### Overweight Citations

**FXF Inc. Only:** Drivers are required to report overweight citations to Central Dispatch at the time of occurrence. Whether the fine levied is paid at that time or not, the original citation must be sent to Transportation in the Harrison GO at the same time that day's log is submitted. Do not attach the citation to the trip/report log. Prior to sending the citation via truck mail, the employee should fax a copy of the citation to Transportation at 870-365-4835 and provide the driver with a copy of the citation for their record.

**FXNL Only:** Drivers are required to report overweight citations to Central Dispatch and/or service center at the time of occurrence. Whether the fine levied is paid at that time or not, the original citation must be sent to the Safety Department in the Lakeland GO at the same time that day's log is submitted. Do not attach the citation to the trip/report log. Forward the citation via truck mail.

### Citations Against The Driver

All citations against the driver will be paid by the driver. This includes those citations written against FedEx wherein the employee was responsible for the violation by failing to follow company policy and/or Federal Motor Carrier Safety Regulations and/or other federal, state, or local laws. Typical citations include speeding, failure to yield, following too closely, safety belt violations, etc. Before paying a citation, the driver may wish to consult the Service Center Manager.

> **Note:** The driver is obligated to report all traffic violations to FedEx Freight in writing by the next business day, using the Report of Violation, Revocation or Suspension form. A copy of the citation should be stapled to the form and mailed to Safety at the GO.

A copy of the Report of Violation, Revocation or Suspension form is to be given back to the driver for their record. This will serve as a record of the driver's compliance, should there be a question later. The driver should keep the copy in case questions do arise.

http://home.freight.fedex.com/fxf/policies/driver_manual/dvr_manual_lesson4.htm       2/18/2011

Confidential                                                                                          FXFI-Bush_0002947

EXHIBIT 1

Complete reporting requirements are covered in the Traffic Violations / Revocation Reporting section.

**Exceptions**

**FXF Inc. Only:** In addition to paying moving traffic violations, drivers should also pay parking violations. However, there may be some unusual circumstances where the service center believes FedEx Freight should pay a parking ticket for the driver. If that is the case, the service center should pay the ticket out of petty cash or a check request through Accounts Payable, as appropriate. If paid from petty cash, the ticket must be included with receipts sent to the GO for reconciliation of the petty cash fund. If check request method is used, be sure to include: (1) a note of explanation as to why the service center believes FXF should be liable for the citation, (2) the driver's name, and (3) the unit number(s) involved. Send check request to Accounts Payable, delivery code 2217. In either case, parking tickets do not need to be sent to Safety for handling and payment.

**FXNL Only:** In addition to paying moving traffic violations, drivers should also pay parking violations. However, there may be some unusual circumstances where the service center believes FedEx National LTL should pay a parking ticket for the driver. If the SCM determines that the parking ticket is the company's responsibility, forward the ticket to the Safety Department in Lakeland for payment.

**TSA THREAT ASSESSMENT INFORMATION LINE**

TSA has established a customer service phone number to enable drivers that have applied for a hazardous material endorsement to check their security threat assessment status. Commercial drivers may call 1-877-429-7746 to inquire if their applications have been received or if TSA has finished processing their applications. TSA will not provide information on whether the individual has passed or failed the security threat assessment. That information will be provided to the applicant by mail. In addition, TSA will not allow employers to use the information line to obtain information concerning their drivers. This information line is separate from the TSA Hazardous Material Threat Assessment Program hotline 1-571-227-3200, which remains available to respond to questions about the program's policies and procedures.

As a reminder, all drivers should start the background check process, including fingerprinting, no less than 60 days prior to the expiration date of their license.

Last revised 11/02/10

Copyright 2011, FedEx Corporation. All rights reserved. The information contained herein is confidential and proprietary to FedEx Freight and its affiliates. Any unauthorized disclosure or distribution is prohibited.