IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00230-WYD-KLM

CHARLES BUSH;
BRAD GRIMSLEY;
MARK L. HANSON; and
JOHN F. NOBLE, all individuals residing in Colorado,

     Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

     Defendant.

---

### ORDER

---

THIS MATTER is before the Court on a review of the file.  On February 7, 2013, Plaintiffs filed a Motion to Preclude John Hill from Testifying as an Expert.  The motion is fully briefed.  On May 24, 2013, Defendant filed a Motion to Exclude Testimony of Jerry Ogden.  This motion is not yet fully briefed.  Both motions seek to preclude expert testimony of the opposing party or parties based on Fed. R. Evid. 702, arguing that the expert is not qualified and the opinions are not reliable and/or relevant.

I find that these motions are premature.  Trial has not yet been set in this case, and Defendant's Motion for Summary Judgment is pending.  I resolve motions regarding the admissibility of experts at the final trial preparation conference, after the summary judgment motion has been resolved.  Rather than have the motions remain pending for months, I will deny them without prejudice.  The parties may, if they wish, move to

reinstate the motions and accompanying briefs no earlier than 60 days before the final trial preparation conference.  Defendant's reply brief to the Motion to Exclude Testimony of Jerry Ogden should be filed within the time limits set by D.C.COLO.LCivR 7.1C after the motion and response have been reinstated.

Based on the foregoing, it is

ORDERED that Plaintiffs' Motion to Preclude John Hill from Testifying as an Expert (ECF No. 53) and Defendant's Motion to Exclude Testimony of Jerry Ogden (ECF No. 97) are **DENIED WITHOUT PREJUDICE**.

Dated:  July 15, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge