IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00230-WYD-KLM

CHARLES BUSH;
BRAD GRIMSLEY;
MARK L. HANSON; and
JOHN F. NOBLE, all individuals residing in Colorado,

     Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

Defendant's Motion to Strike Directed to Plaintiff's Response to Defendant's Motion for Summary Judgment filed July 10, 2013 (ECF No. 108) is **GRANTED IN PART AND DENIED IN PART**.  The motion is denied as to Defendant's argument that Plaintiff's Response to Defendant's Motion or Summary Judgment should be stricken. The arguments made by Defendant that portions of the Response are improper should be made in Defendant's reply to the summary judgment motion.  The motion is granted, however, to the extent Defendant seeks to file a reply brief not exceeding 75 pages.

Defendants' Motion for Extension of Time to Respond to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment Pending Determination on Defendant's Motion to Strike filed July 11, 2013 (ECF No. 109)  is **GRANTED**. Defendant's Reply Brief shall be filed on or before **Friday, September 5, 2013**.

Finally, Plaintiff's Unopposed Motion to Strike and Re-File Exhibits as Restricted or Redacted filed August 20, 2013 (ECF No. 117) is **GRANTED**.  ECF Nos. 98.16, 98.44, 98.73, 101.16, 101.44, 101.73 and 111.6 are stricken from the record.  Plaintiffs may re-file ECF Nos. 101.16, 101.44, and 101.73 with restricted access at Level 1, and may re-file ECF No. 111.6 as redacted.

Dated:  August 22, 2013