IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00230-WYD-KLM

CHARLES BUSH;
BRAD GRIMSLEY;
MARK L. HANSON; and
JOHN F. NOBLE, all individuals residing in Colorado,

    Plaintiffs,

v.

FEDEX FREIGHT, INC., an Arkansas corporation doing business in Colorado,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed November 13, 2013.  After a careful review of the motion, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 149) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.  It is

FURTHER ORDERED that the 10-day jury trial set to commence on May 5, 2014 and the Final Trial Preparation set April 17, 2014, are **VACATED**.

    Dated:  November 13, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge